AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| TRIDENT CAPITAL GROUP FUND I LLC, *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 24-cv-02318-HG |
| THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, ARNOLD GOLUB, and STANLEY HIGGINS *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Denver G. Edwards, Esq.
Bradford Edwards LLP
12 E. 49th Street, 11th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 04/01/2024

*s/ Aaron J. Herrera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-02318-HG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

## RIDER TO SUMMONS

### LIST OF DEFENDANTS

The NASDAQ STOCK MARKET, LLC
C/O The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Benjamin Haskell
Associate Vice President
Head of U.S. Initial Listings and
Structured Products Listing Qualifications
The Nasdaq Stock Market, LLC
805 King Farm Boulevard
Rockville, MD 20850

Nikolai Utochkin
Counsel Listing and Governance
The Nasdaq Stock Market, LLC
805 King Farm Boulevard
Rockville, MD 20850

Eun Ah Choi
Senior Vice President
US Listing Qualifications & Market Surveillance
The Nasdaq Stock Market, LLC
805 King Farm Boulevard
Rockville, MD 20850

Arnold Golub
Vice President and Deputy Counsel
The Nasdaq Stock Market, LLC
805 King Farm Boulevard
Rockville, MD 20850

Stanley Higgins, Associate Vice President
Nasdaq Regulations
The NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850