**BRADFORD EDWARDS** LLP

**Denver G. Edwards**
Partner
12 E 49th Street, 11th Floor
New York, NY 10017
O: (917) 671-9407
M: (646) 455-9044
dedwards@bradfordedwards.com

April 18, 2024

**VIA CM/ECF**

The Honorable Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Courtroom: 6A South
Brooklyn, New York 11201

RE: Trident Capital Group Fund I LLC v. The NASDAQ Stock Market, LLC *et al.*, Civil Case No.: 1:24-cv-02318-HG

Dear Judge Gonzalez:

Our firm represents Trident Capital Group Fund I LLC (**"Plaintiff"**), in connection with the above-referenced matter. Pursuant to the Order of the Court, dated March 29, 2024, Your Honor requested a status letter regarding Plaintiff's efforts to serve the Summons and Complaint on each Defendant.

Plaintiff filed its Complaint on March 29, 2024. Plaintiff filed a revised proposed Summons on April 1, 2024. Immediately following receipt of the issued Summons, on April 2, 2024, Plaintiff provided the Summons, Complaint and Civil Coversheet to a process service company for routine service on The NASDAQ Stock Market, LLC (**"NASDAQ"**). The process service company was also directed to serve the same documents on Benjamin Haskell, Eun Ah Choi, Arnold Golub, and Stanley Higgins (collectively, the **"Individual Defendants"**) at their respective places of business.

The process server completed service on NASDAQ on April 12, 2024. Plaintiff filed the Affidavit of Service on the CM/ECF system on April 18, 2024, DE [13].

The process server sought to serve each of the Individual Defendants on April 12, 2024, at

11:02 a.m. An administrative staff member instructed the process server that an attorney must accept service on behalf of the Individual Defendants and no attorney was available during the above-referenced service attempt. Service on the Individual Defendants remains outstanding, and Plaintiff will continue to attempt to serve the Individual Defendants.

Respectfully,

Denver G. Edwards, Esq.