UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| TRIDENT CAPITAL GROUP FUND I LLC, | x<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, ARNOLD GOLUB, AND STANLEY HIGGINS, | :  No. 1:24-cv-02318-HG<br>:<br>:<br>:<br>: |
| Defendants. | :<br>x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

I, Alex Gesch, respectfully enter my appearance as counsel for Defendants The Nasdaq Stock Market, LLC and Arnold Golub and have been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of these Defendants. I am admitted to practice *pro hac vice* before this Court.

Dated: Washington, D.C.
      April 29, 2024

                                     GIBSON, DUNN & CRUTCHER LLP

                                     By:  /s/ Alex Gesch
                                          Alex Gesch (*pro hac vice*)
                                          1050 Connecticut Avenue, N.W.
                                          Washington, D.C. 20036-5306
                                          Telephone: 202-887-3776
                                          Facsimile: 202-530-9641
                                          E-mail:  AGesch@gibsondunn.com

                                          *Counsel for Defendants The Nasdaq Stock Market,*
                                          *LLC and Arnold Golub*