UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRIDENT CAPITAL GROUP FUND I LLC,

   Plaintiff,

 v.

THE NASDAQ STOCK MARKET, LLC,
BENJAMIN HASKELL, NIKOLAI UTOCHKIN,
EUN AH CHOI, ARNOLD GOLUB, AND
STANLEY HIGGINS,

   Defendants.

No. 1:24-cv-02318-HG

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **DEFENDANTS' STATEMENTS PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, counsel for The Nasdaq Stock Market, LLC certifies that Defendant The Nasdaq Stock Market, LLC is a Delaware Limited Liability Company wholly owned by Nasdaq, Inc. Nasdaq, Inc. is a publicly traded corporation incorporated in Delaware with a principal place of business in New York. Thoma Bravo, L.P., Borse Dubai, Ltd., and Investor AB each own 10% or more of the stock of Nasdaq, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), counsel for Defendant Arnold Golub certifies that Mr. Golub is a citizen of the state of Virginia.

1

Dated: Washington, D.C.
April 29, 2024

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Alex Gesch
 Alex Gesch
 1050 Connecticut Avenue, N.W.
 Washington, D.C.  20036-5306
 Telephone: 202-887-3776
 Facsimile: 202-530-9641
 E-mail:  AGesch@gibsondunn.com

*Counsel for Defendants The Nasdaq Stock Market, LLC and Arnold Golub*