**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

TRIDENT CAPITAL GROUP FUND I LLC,

            Plaintiff,

    -against-

THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, AND ARNOLD GOLUB, and STANLEY HIGGINS,

            Defendants.

Case No.: 24-cv-2318

**CORPORATE DISCLOSURE**

---

Trident Capital Group Fund 1 LLC ("Trident") is not a publicly held corporation. Trident does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      May 1, 2024

                        **BRADFORD EDWARDS LLP**

                    By:   *Denver Edwards*

                        Denver G. Edwards, Esq.
                        12 E. 49th Street, 11th Floor
                        New York, New York 10017
                        917.671.9407
                        dedwards@bradfordedwards.com

                        *Attorneys for Trident Capital Group Fund I LLC*