# BRADFORD EDWARDS LLP

**Denver G. Edwards**
Partner
12 E 49th Street, 11th Floor
New York, NY 10017
O: (917) 671-9407
M: (646) 455-9044
dedwards@bradfordedwards.com

May 20, 2024

**VIA CM/ECF**

The Honorable Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Courtroom: 6A South
Brooklyn, New York 11201

> **RE:** Trident Capital Group Fund I LLC v. The NASDAQ Stock Market, LLC *et al.*, Civil Case No.: 1:24-cv-02318-HG

Dear Judge Gonzalez:

Our firm represents Trident Capital Group Fund I LLC (**"Plaintiff"**) in connection with the above-referenced matter. Pursuant to the April 19, 2024 Court Order, Your Honor requested a status letter regarding Plaintiff's efforts to perfect service of the Summons and Complaint on Nikolai Utochkin, Benjamin Haskell, Eun Ah Choi, Arnold Golub, and Stanley Higgins.

On April 22, 2024, Plaintiff's process server served Arnold Golub at his personal residence. The Affidavit of Service was filed today as DE 23.

On May 19, 2024, Stanley Higgins' adult son accepted service on behalf of Mr. Higgins at his personal residence.

On May 20, 2024, Benjamin Haskell's wife accepted service on behalf of Mr. Haskell at their personal residence. Affidavits of Service are forthcoming and will be filed upon receipt.

To date, Plaintiff's service attempts on Nikolai Utochkin and Eun Ah Choi (collectively the "**Remaining Defendants**") at 805 King Farm Blvd, Rockville, Maryland 20850, NASDAQ's headquarters and principal place of business, have been unsuccessful. Service attempts were made

1

for each of them on April 22, 2024 at 11:02 a.m., April 18, 2024 at 12:31 p.m., and April 24, 2024 at 4:08 p.m. During each service attempt, NASDAQ personnel informed Plaintiff's process server that NASDAQ attorneys must authorize NASDAQ employees' acceptance of legal papers. NASDAQ's attorney did not authorize acceptance of the Summons and Complaint in this matter. Affidavits of Non-Service are attached hereto as <u>Exhibit A</u>.

Plaintiff's process server performed skip trace searches to ascertain the Remaining Defendants' residential addresses, among other things. After obtaining Mr. Utochkin's residential address, Plaintiff's process server reported making five attempts to serve him at his residence. During the initial attempt on April 20, 2024 at 6:04 p.m., an adult occupant at the residence stated that Mr. Uto Utochkin was not at the residence. During the second attempt on April 22, 2024 at 4:36 p.m., no one answered the door despite a vehicle being parked in driveway and lights on inside the residence. See <u>Exhibit B</u>, Affidavit of Non-Service. Plaintiff's process server verbally reported making three other attempts to serve Mr. Utochkin at his residence but each was unsuccessful. Plaintiff will obtain an Affidavit of Non-Service regarding the three latter attempts to serve Mr. Utochkin.

Eun Ah Choi informed Plaintiff's process server that she is not physically available to accept service until the end of the month. Plaintiff will continue to attempt service on Ms. Choi when she is physically available.

Respectfully submitted,

*/s/ Denver Edwards*

Denver G. Edwards, Esq.