# EXHIBIT A

# AFFIDAVIT OF NON-SERVICE

| Case: 24-cv-02318 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: | Job: 10844288 |
|---|---|---|---|
| Plaintiff / Petitioner: TRIDENT CAPITAL GROUP FUND I LLC | | Defendant / Respondent: THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, ARNOLD GOLUB, and STANLEY HIGGINS | |
| Received by: Undisputed Legal | | For: Bradford Edwards LLP | |
| To be served upon: Eun Ah Choi Senior Vice President US Listing Qualifications & Market Surveillance | | | |

I, Constantine McKoy, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Eun Ah Choi Senior Vice President US Listing Qualifications & Market Surveillance, The Nasdaq Stock Market, LLC - 805 King Farm Boulevard, Rockville, MD 20850

Manner of Service: Unsuccessful Attempt

Documents: SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVERSHEET,

Additional Comments:
1) Unsuccessful Attempt: Apr 12, 2024, 11:02 am EDT at The Nasdaq Stock Market, LLC - 805 King Farm Boulevard, Rockville, MD 20850
office person said they require their lawyers to authorize the acceptance of legal papers

2) Unsuccessful Attempt: Apr 18, 2024, 12:31 pm EDT at The Nasdaq Stock Market, LLC - 805 King Farm Boulevard, Rockville, MD 20850
office person said they require their lawyers to authorize the acceptance of legal papers

3) Unsuccessful Attempt: Apr 24, 2024, 4:08 pm EDT at The Nasdaq Stock Market, LLC - 805 King Farm Boulevard, Rockville, MD 20850
Office person said they require their lawyers to authorize the acceptance of legal papers. No one is authorized to accept.

I affirm this 03 day of MAY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

Constantine McKoy         Date  5/5/24

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

# AFFIDAVIT OF NON-SERVICE

| Case: 24-cv-02318 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: | Job: 10844283 |
|---|---|---|---|
| Plaintiff / Petitioner: TRIDENT CAPITAL GROUP FUND I LLC | | Defendant / Respondent: THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, ARNOLD GOLUB, and STANLEY HIGGINS | |
| Received by: Undisputed Legal | | For: Bradford Edwards LLP | |
| To be served upon: Nikolai Utochkin Counsel Listing and Governance | | | |

I, Constantine McKoy, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nikolai Utochkin Counsel Listing and Governance, 805 King Farm Boulevard, Rockville, MD 20850
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVERSHEET,

Additional Comments:
1) Unsuccessful Attempt: Apr 12, 2024, 11:02 am EDT at The Nasdaq Stock Market, LLC - 805 King Farm Boulevard, Rockville, MD 20850 office person said they require their lawyers to authorize the acceptance of legal papers. I RAN A SKIP TRACE AND FOUND A POSSIBLE ADDRESS AT 9301 CAROLINE AVE, SILVER SPRING, MD 20901-3406 (MONTGOMERY COUNTY)

I affirm this 03 day of MAY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

_____    5/5/24
Constantine McKoy            Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022