# EXHIBIT B

# AFFIDAVIT OF NON-SERVICE

| Case: 24-cv-02318 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: | Job: 10844283 |
|---|---|---|---|
| Plaintiff / Petitioner: TRIDENT CAPITAL GROUP FUND I LLC | | Defendant / Respondent: THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, ARNOLD GOLUB, and STANLEY HIGGINS | |
| Received by: Undisputed Legal | | For: Bradford Edwards LLP | |
| To be served upon: Nikolai Utochkin Counsel Listing and Governance | | | |

I, Tom Chedester, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Nikolai Utochkin Counsel Listing and Governance, 9301 Caroline Avenue, Silver Spring, MD 20901
Manner of Service:   Unsuccessful Attempt
Documents:   SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVERSHEET,

Additional Comments:
1) Unsuccessful Attempt: Apr 20, 2024, 6:04 pm EDT at 9301 Caroline Avenue, Silver Spring, MD 20901
EVADING-DEFENDANT IS NOT HOME PER ADULT RESIDENT

2) Unsuccessful Attempt: Apr 22, 2024, 4:36 pm EDT at 9301 Caroline Avenue, Silver Spring, MD 20901
No answer at door / Unable to reach Servee

I affirm this 03 day of MAY, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

_____     5/5/24
Tom Chedester                    Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022