UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

TRIDENT CAPITAL GROUP FUND I LLC,

        Plaintiff,

    v.

THE NASDAQ STOCK MARKET, LLC,
BENJAMIN HASKELL, NIKOLAI UTOCHKIN,
EUN AH CHOI, ARNOLD GOLUB, AND
STANLEY HIGGINS,

        Defendants.

------------------------------------- x

No. 1:24-cv-02318-HG

## NOTICE OF APPEARANCE

    I, Alex Gesch, respectfully enter my further appearance as counsel for Benjamin Haskell and Stanley Higgins and have been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of these Defendants. I am admitted to practice *pro hac vice* before this Court.

Dated: Washington, D.C.
       May 23, 2024

                           GIBSON, DUNN & CRUTCHER LLP

                           By: /s/ Alex Gesch
                               Alex Gesch (*pro hac vice*)
                               1050 Connecticut Avenue, N.W.
                               Washington, D.C. 20036-5306
                               Telephone: 202-887-3776
                               Facsimile: 202-530-9641
                               E-mail: AGesch@gibsondunn.com

                               *Counsel for Defendants The Nasdaq Stock Market, LLC, Benjamin Haskell, Arnold Golub, and Stanley Higgins*