AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-02318-HG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nikolai Utochkin

was received by me on *(date)* 06/05/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Irina Kebreau co-habitant of household - at 1:48PM , a person of suitable age and discretion who resides there, on *(date)* 06/05/2024 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/05/2024

*D. Michael Grossnickle*
Server's signature

D. Michael Grossnickle
Printed name and title

419 University Blvd E. Silver Spring, MD 20901
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset

# AFFIDAVIT OF SERVICE BY MAIL

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK          CASE NO: 24-cv-02318-HG
Plaintiff / Petitioner: TRIDENT CAPITAL GROUP FUND I LLC
vs.
Defendant / Respondent: THE NASDAQ STOCK MARKET, LLC, BENJAMIN HASKELL, NIKOLAI UTOCHKIN, EUN AH CHOI, ARNOLD GOLUB, and STANLEY HIGGINS

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Jun 05, 2024 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT in a postage-paid sealed wrapped properly addressed to Nikolai Utochkin at 9301 Caroline Avenue, Silver Spring, MD 20901, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked **"Personal and Confidential"**.

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

Sworn to me on the  6/6/24

_____                              _____
Brian B. Ricks                                                NASIM DEHGHANI
Notary Public, State of New York
Reg. No. 01RI6383781
Notary Public        Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022